UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

TED LECHNER                                                                                         Plaintiff

v.                                                                                    Civil Action No. 3:23-cv-410

MUTUAL OF OMAHA LIFE INSURANCE                                                  Defendant
COMPANY

\* \* \* \* \*

# JUDGMENT

In accordance with the Memorandum Opinion and Order entered this same date and pursuant to Rule 58 of the Federal Rules of Civil Procedure it is **ORDERED** and **ADJUDGED** as follows:

(1)     Judgment is entered in favor of Defendants Mutual of Omaha Life Insurance Company with respect to the claim brought by Plaintiff Ted Lechner in this matter.

(2)     This action is **DISMISSED** with prejudice and **STRICKEN** from the Court's docket.

(3)     This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

March 3, 2025

Rebecca Grady Jennings, District Judge
United States District Court